IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 05-347 |
| | ) |
| CYNTHIA WALKER, | ) |
| | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 21st day of August, 2008, upon consideration of Defendant's pro se "Motion for Modification or Intervening Post-Sentencing Change in the United States Guidelines Pertaining to Cocaine Base "Crack" Offenses (Amendment 9) and the Corollary Criminal History Category (Amendment 12) Which Effectively Lower Petitioner's Term of Imprisonment" (document No. 201) filed in the above captioned matter on August 18, 2008, and upon further consideration of the Government's Response thereto,

IT IS HEREBY ORDERED that said Motion is DENIED, this Court finding that the amendments to the United States Sentencing Guidelines upon which defendant relies are not applicable in this case, as defendant was convicted of conspiracy to possess with the intent to distribute and to distribute 500 grams or more of powder cocaine, and not crack cocaine, and since the defendant's criminal

history category is already I, the lowest possible under the Guidelines.

s/Alan N. Bloch
United States District Judge

ecf:    Counsel of record

cc:     Cynthia Walker
        #08714-068
        Federal Correctional Institution
        501 Capital Circle, NE
        Tallahassee, FL 32301